UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DEMARCO ROBINSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-21-390-G |
| | ) |
| WORKS & LENTZ, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

Now before the Court is the Motion to Dismiss (Doc. No. 7) filed on May 19, 2021. The Motion seeks dismissal of Plaintiff's Complaint (Doc. No. 1). On June 2, 2021, Plaintiff timely filed an Amended Complaint (Doc. No. 8). Plaintiff's Amended Complaint supersedes the Complaint and renders it of no legal effect. *See Davis v. TXO Prod. Corp.*, 929 F.2d 1515, 1517 (10th Cir. 1991).

Accordingly, the pending Motion to Dismiss (Doc. No. 7) is DENIED AS MOOT.

IT IS SO ORDERED this 12th day of October, 2021.

*/s/ Charles B. Goodwin*
CHARLES B. GOODWIN
United States District Judge